IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN HART | 4:24-CR-00034-CDL-CHW-8 |

### ORDER

Defendant was indicted on October 8, 2024, ECF. 1, and arraigned on October 23, 2024, ECF 24. This case began as a multi-defendant case which the Court has previously declared to be complex. Accordingly, the Court previously continued the trial until the Court's September 2025 trial term. The case has now been whittled down through multiple guilty pleas, leaving Defendant Hart as the last Defendant who wishes to go to trial. That trial has been scheduled for the week of September 3, 2025. Defendant Hart now requests a continuance, and the government does not oppose. Specifically, Defendant needs additional time to prepare for trial. Although the case now only involves the trial of one defendant, the case nevertheless remains complex with voluminous discovery. And counsel states that he needs additional time to prepare the case for trial. The Court finds that a modest continuance until the Court's scheduled December 2025 trial term is appropriate.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for **December 2025** and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and

would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 8th day of August, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA